UNITED STATES of America, Plaintiff-Appellee,

v.

Rick Lee EVANS, Defendant-Appellant.

No. 16-11651

United States Court of Appeals, Eleventh Circuit.

(August 29, 2017)

Ramona Albin, Michael B. Billingsley, Daniel J. Fortune, Jacquelyn Mather Hutzell, Praveen S. Krishna, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Sabra M. Barnett, Kevin L. Butler, Federal Public Defender, Birmingham, AL, Deanna Lee Oswald, Federal Public Defender—NAL, Huntsville, AL, for Defendant-Appellant

Before WILSON and NEWSOM, Circuit Judges, and WOOD,* District Judge.

PER CURIAM:

Rick Lee Evans appeals his conviction under 18 U.S.C. § 2241(c) for aggravated sexual abuse of a child under twelve. A jury found that he molested the child of an American soldier while the soldier was deployed in Iraq, and the district court sentenced him to 660 months' imprisonment.

Evans challenges (1) the sufficiency of his indictment, (2) the district court's denial of his request to subpoena notes taken by the victim's therapist, (3) the district court's exclusion of certain expert testimony, and (4) the district court's admission of testimony about child pornography found on electronic devices seized from him. But after careful consideration of the record and the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**

---

* Honorable Lisa Wood, United States District Judge for the Southern District of Georgia, sitting by designation.